Clark v. Mulford.

STATE, EX REL. AMOS CLARK, JR., v. W. A. MULFORD, COLLECTOR.

On error to the Supreme Court.

For the plaintiff in error, *W. P. Wilson.*

For the defendant in error, *J. R. & N. English.*

PER CURIAM. The judgment of the Supreme Court unanimously affirmed.